UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NELYN M MONGHIT, NOEL MAAMO,<br><br>                    Plaintiff,<br><br>  v.<br><br>MIKE POMPEO, et al.,<br><br>                    Defendants. | CASE NO. 2:19-cv-02046-RAJ-BAT<br><br>**ORDER GRANTING STAY OF CURRENT CASE DEADLINES** |

On June 17, 2020, the Court set deadlines for the exchange of Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) and the filing of a Combined Joint Status Report and Discovery Plan as required by Fed. R. Civ. P. 26(f) and Local Civil Rule 26(f). Dkt. 10. Defendant's Answer to the Complaint is currently due on August 5, 2020. The parties, through counsel, have stipulated to the stay all case deadlines until December 14, 2020. Dkt. 11.

Based on the parties' stipulation and for good cause shown, including the parties' attempt to resolve this matter without further Court involvement and the inability to complete processing of Plaintiff's visa application due to the COVID-19 pandemic, it is **ORDERED**:

   1)   The stipulated motion (Dkt. 11) is **GRANTED**;

   2)   All case deadlines shall be stayed until **December 14, 2020**;

3) The parties shall move to lift the stay or for a continuance of the stay on or before December 14, 2020.

DATED this 6th day of August, 2020.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER GRANTING STAY OF CURRENT
CASE DEADLINES - 2