UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NELYN M MONGHIT, NOEL MAAMO,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>MIKE POMPEO, et al.,<br><br>　　　　　　　　　Defendants. | CASE NO. 2:19-cv-02046-RAJ-BAT<br><br>**ORDER GRANTING CONTINUANCE OF STAY OF CURRENT CASE DEADLINES** |

Based on the parties' Stipulation (Dkt. 13), and for good cause shown, it is **ORDERED**:

1)　The stipulated motion (Dkt. 13) is **GRANTED**;

2)　All case deadlines shall be stayed until **January 31, 2021**;

3)　The parties shall move to lift the stay or for a continuance of the stay on or before **February 1, 2021**.

DATED this 14th day of December, 2020.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　Chief United States Magistrate Judge