UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NELYN M MONGHIT, NOEL MAAMO,<br><br>Plaintiffs,<br><br>v.<br><br>ANTONY BLINKEN,[1] in his Official Capacity as Secretary of State; JOHN C. LAW, in his Official Capacity as Deputy Chief to the U.S. Embassy in Manila, Philippines; MONTY WILKINSON,[2] in his Official Capacity as Acting Attorney General,<br><br>Defendants. | CASE NO. 2:19-cv-02046-RAJ-BAT<br><br>**ORDER GRANTING CONTINUANCE OF STAY OF CURRENT CASE DEADLINES** |

Based on the parties' Stipulation (Dkt. 15), and for good cause shown, it is **ORDERED**:

1) The stipulated motion (Dkt. 15) is **GRANTED**;

2) All case deadlines shall be stayed until **May 3, 2021**;

3) The parties shall move to lift the stay or for a continuance of the stay on or before **May 5, 2021**.

DATED this 3rd day of February, 2021.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

---

[1] Antony Blinken is automatically substituted in his official capacity as Secretary of State for former Secretary of State Michael Pompeo under Fed. R. Civ. P. 25.

[2] Monty Wilkinson is automatically substituted in his official capacity as Acting Attorney General for former Attorney General William Barr under Fed. R. Civ. P. 25.

ORDER GRANTING CONTINUANCE OF
STAY OF CURRENT CASE DEADLINES - 1