# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NELYN M MONGHIT, NOEL MAAMO,<br><br>        Plaintiffs,<br><br>    v.<br><br>ANTONY BLINKEN, in his Official Capacity as Secretary of State; JOHN C. LAW, in his Official Capacity as Deputy Chief to the U.S. Embassy in Manila, Philippines; MERRICK GARLAND, in his Official Capacity as Acting Attorney General,<br><br>        Defendants. | CASE NO. 2:19-cv-02046-RAJ-BAT<br><br>**ORDER GRANTING CONTINUANCE OF STAY** |

    Based on the parties' Stipulation (Dkt. 17), and for good cause shown, it is **ORDERED**:

    1)     The stipulated motion (Dkt. 17) is **GRANTED**;

    2)     All case deadlines shall be stayed until **September 2, 2021**;

    3)     The parties shall move to lift the stay or for a continuance of the stay on or before **September 2, 2021**.

    DATED this 5th day of May, 2021.

                                                      BRIAN A. TSUCHIDA
                                                    United States Magistrate Judge

ORDER GRANTING CONTINUANCE OF STAY - 1